IN THE UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Jason Kim & Yoon Young Kim,<br><br>     Plaintiffs,<br><br>vs.<br><br>Jane Doe, AKA "CUCKOOBOB2" AKA , "CUCKOOBOB2.INC," AKA "CUCKOOBOB3," AKA "CUCKOOBOB4," AKA "CUCKOOBOB218," AKA, "CUCHENBOB218",<br><br>     Defendant. | Case No. 0:16-cv-0011 (SRN/JJK) |

**DECLARATION OF SETH LEVENTHAL IN SUPPORT OF PLAINTIFFS' MOTION TO EXPEDITE DISCOVERY**

1. My name is Seth Leventhal. I am local counsel for Plaintiffs in the above-referenced case and I submit this declaration on personal knowledge.

2. Attached hereto as Exhibit 1 is a true and correct copy of an order from this Court in UnitedHealth Group Inc. v. Doe, Civ. File No. 09-2274 (DWF/RLE);

3. Attached hereto as Exhibit 2 is a true and correct copy of the discovery sought from third parties Facebook and Instagram for the narrow purpose

of identifying the account-holder of outrageous and defamatory postings anonymously posted on these social media.

*Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that, to the best of my knowledge, everything I state in this document is true and correct.*

/s/ *Seth Leventhal*
--------
Seth Leventhal
LEVENTHAL pllc
Minn. Bar No. 263357
527 Marquette Avenue, South, Suite 2100
Minneapolis, Minnesota 55402-1273
(612) 234 7349
(612) 437 4980 (fax)
seth@leventhalpllc.com

*Attorney for Plaintiffs Jason Kim and Yoon Young Kim*

**Of Counsel:**

Peter K. Hwang, Esq. (*application for pro hac vice admission to be submitted*)
Sung & Hwang LLP
9256 Bendix Road, Suite 109
Columbia, Maryland 21045
(410) 772-2324
(410) 772-2328 (fax)
phwang@sungandhwang.com

4820-3821-8796, v. 1

2

*Declaration of Seth Leventhal in Supp. Mot. Expedited Discovery*